1 | ANDREW J. MALATESTA, CA Bar No. 286344
AJM@Malatesta-Law.com
2 | MALATESTA LAW
2029 Century Park East, Suite 400
3 | Los Angeles, CA 90067
Telephone: 424.284.1384
4 | Facsimile: 424.284.8170

5 | Attorney for Plaintiff
ROBERT LINK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LINK, an individual, | Case No. 8:18-cv-00961-DOC (DFMx) |
| Plaintiff, | **REQUEST AND ORDER** |
| v. | **FOR DISMISSAL [13]** |
| WAL-MART ASSOCIATES, INC., a corporation,; and DOES 1-25, inclusive, | |
| Defendants. | |

Plaintiff Robert Link ("Link"), by and through his counsel of record, hereby requests that the Court dismiss the above-entitled matter, with prejudice.

Respectfully submitted,

DATED: August 30, 2018              MALATESTA LAW

                                    By: /s/ Andrew Malatesta
                                        Andrew Malatesta

                                    Attorneys for Plaintiff
                                    ROBERT LINK

# **ORDER**

Pursuant to the foregoing, this Court dismisses the entire case with prejudice.

**IT IS SO ORDERED.**

Date: August 31, 2018

*David O. Carter*
Hon. David O. Carter,
United States District Judge